THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO ROMAN, Appellant. [869 NYS2d 847]

No opinion. Prudenti, P.J., Lifson, Ritter, Balkin and Leventhal, JJ., concur.